**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| 955 DICKENS, LLC and RS FIVE LLC, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No: 1:26-cv-09949 |
| | ) | |
| SENECA INSURANCE COMPANY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

NOW COMES the Defendant, SENECA INSURANCE COMPANY, INC. ("Seneca"), by and through its attorneys, SANCHEZ DANIELS & HOFFMAN LLP, and in accordance with 28 U.S.C. §§ 1332, 1441 and 1446, respectfully removes the civil action pending in the Circuit Court of Cook County, Illinois, Law Division, Case No. 2026L005266 to the United States District Court for the Northern District of Illinois, Eastern Division. In support of removal, Seneca states as follows:

1. On May 6, 2026, Plaintiffs 955 Dickens, LLC and RS Five LLC filed suit in the Circuit Court of Cook County, Illinois captioned *955 Dickens, LLC and RS Five LLC v. Seneca Insurance Company, Inc*., Case No. 2026L005266. (Exhibit A, Complaint). The Complaint seeks damages arising out of an alleged hail and windstorm occurring on May 15, 2025 at the property located at 955 W. Dickens Avenue, Chicago, Illinois, which was insured under Seneca policy number CMP4721475. (Ex. A). Plaintiff alleges that the total cost to repair the property is $99,635.32. (Ex. A at ¶ 12).

2. Seneca was served through the Illinois Director of Insurance on or about May 19, 2026. (Exhibit B, Letter from Director of Insurance).

3. Seneca is an insurance company organized and existing under the laws of the State

of New York with its principal place of business in New York.

4. The Complaint does not provide any information as to the citizenship of Plaintiffs, which are limited liability companies.

5. Publicly available information on the Illinois Secretary of State website discloses the managers of Plaintiffs and members having the authority of manager, but it does not disclose all members.

6. On May 28, 2026, Seneca filed its appearance in the Circuit Court of Cook County, Illinois and issued jurisdiction-related interrogatories to Plaintiffs. (Exhibit C, Seneca Appearance; Exhibit D, Seneca Certificate of Service re Interrogatories to Plaintiffs).

7. On July 16, 2026, Seneca filed its answer and affirmative defenses to Plaintiffs' complaint. (Exhibit E, Seneca's Answer and Affirmative Defenses).

8. On August 17, 2026, Plaintiffs answered Seneca's Interrogatories, disclosing that 955 Dickens, LLC has only one member, Daniel Kaiser Declaration of Trust Dated 5-21-2013, and that the citizenship of the trustee is Florida. (Exhibit F, 955 Dickens, LLC's Answers to Interrogatories with Certificate of Service). Plaintiffs further disclosed that RS Five LLC has two members, Martin Enwia and Mr. Lucky, LLC, that Enwia is a citizen of Illinois, that the sole member of Mr. Lucky, LLC is Steve Georgoules, and that Georgoules is a citizen of Florida. (Exhibit G, RS Five LLC's Answers to Interrogatories with Certificate of Service

9. For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members. *Camico Mut. Ins. Co. v. Citizens Bank,* 474 F.3d 989, 992 (7th Cir. 2007). Seneca discovered, through Plaintiffs' August 17, 2026 Answers to Interrogatories, that 955 Dickens, LLC's member is a citizen of Florida and that RS Five LLC's members are citizens of Illinois and Florida. Thus, this Court has original jurisdiction over Plaintiffs' claim against Seneca

pursuant to 28 U.S.C. § 1332 (a)(1).

10. Seneca first learned that this matter is removable on August 17, 2026 and filed this Notice of Removal on August 18, 2026. Seneca's Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(3).

11. This matter should be removed to this Court as this Court embraces Cook County, Illinois, the place where the removed action has been pending. 28 U.S.C. § 1441(a).

12. In accordance with 28 U.S.C. §1446(a), a copy of the case docket for Case No. 2025L014085 is attached hereto as Exhibit H along with Exhibits A through G to provide all process, pleadings, and orders served on Seneca.

13. In accordance with 28 U.S.C. §1446(d), Seneca will promptly provide written notice to Plaintiff and will promptly file a copy of this Notice of Removal with the Clerk of the Court for the Circuit Court of Cook County, Illinois.

Respectfully submitted,

By: /s/ Brian H. Sanchez
Brian H. Sanchez
Attorneys for Defendant,
SENECA INSURANCE COMPANY, INC.

Brian H. Sanchez (#6296503)
**SANCHEZ DANIELS & HOFFMAN LLP**
200 West Madison Street, Suite 2950
Chicago, IL 60606
(312)641-1555
bsanchez@sanchezdh.com

## CERTIFICATE OF SERVICE

I, Brian Sanchez, an attorney, do hereby certify that on August 18, 2026, I have electronically filed the foregoing **NOTICE OF REMOVAL**, through the Court's CM/ECF system, and will serve the below Counsel of Record via email and Odessey File & Serve System:

Matthew Carlyon
Hair Shunnarah Trial Attorneys
3001 17th St.
Metairie, LA 70002
mcarlyon@hstalaw.com

/s/ Brian H. Sanchez